GREGORY S. REDMOND, ESQ. Bar No. 158135
430 Railroad Avenue
Pittsburgh, CA 94565
Telephone: 925.427.9023
Facsimile: 925.427.3020

Attorneys for Plaintiff
GRETA ANDERSON

KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200
Facsimile: 916.561.0828
E-mail: kobrien@littler.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AIRLINES, Inc.<br><br>　　　　　Defendant. | Case No. C 05-04292 SI<br><br>STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED FILING AND OTHER DATES<br><br>Date:　April 14, 2006<br>Time:　2:00 p.m.<br>Ctrm:　10 (19th Floor)<br>Judge:　Susan Illston |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:80965860.1 009001.1300　　　　　1.　　　Case No. C 05-04292 SI

SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Currently under consideration by the Court is Defendant's Motion to Dismiss which was argued on March 17, 2006. At the time of the hearing, the Court granted Plaintiff leave to file a declaration and allowed Defendant an opportunity to reply thereto.

At the time of the hearing on the Motion, counsel asked the court whether the then pending schedule for the filing of a Case Management Conference Statement and the date for the Case Management Conference could be continued to a future date by which it was hoped that the Court would have ruled on Defendant's Motion. The Court agreed, and continued the Case Management Conference to April 14, 2006 with the Case Management Conference Statement due a week in advance of the Case Management Conference.

The Parties have conferred and each side wishes to avoid any unnecessary expense or expenditures of time in connection with preparing for or attending the Case Management Conference should the Court grant Defendant's Motion. Because the Motion is still under consideration by the Court, the parties jointly stipulate to and request the court to continue the Case Management Conference and the filing of a Case Management Conference Statement pending the outcome on Defendant's Motion.

Dated: April 5, 2006

/s/
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

Dated: April 5, 2006

/s/
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:80965860.1 009001.1300    2.    Case No. C 05-04292 SI
SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

## **ORDER**

1
2     Good cause appearing, the Case Management Conference scheduled for April 14, 2006, is
3 continued until _May 26, 2006, at 2 p.m._____. All other dates are moved accordingly.
4
5   Date:_____                            _____
6                                                      JUDGE SUSAN ILLSTON

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:80965860.1 009001.1300         3.      Case No. C 05-04292 SI
SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS