GREGORY S. REDMOND, ESQ. Bar No. 158135
430 Railroad Avenue
Pittsburgh, CA 94565
Telephone: 925.427.9023
Facsimile: 925.427.3020

Attorneys for Plaintiff
GRETA ANDERSON

KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200
Facsimile: 916.561.0828
E-mail: kobrien@littler.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Case No. C 05-04292 SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AMERICAN AIRLINES, INC., TO ANSWER COMPLAINT**<br><br>[Local Rule 6-1(a)] |

    Pursuant to the provisions of Local Rule 6-1(a), the parties hereby stipulate to extend the time within which Defendant American Airlines, Inc., may file its answer herein up through and including May 12, 2006. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

                                                              Respectfully submitted,

Dated: April 24, 2006

                                              /s/_____
                                              GREGORY S. REDMOND, ESQ.
                                              Attorneys for Plaintiff
                                              GRETA ANDERSON

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

(NO. C 05-04292 SI)
FIRMWIDE:81025901.1 009001.1300

Dated: April 24, 2006

/s/
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.



IT IS SO ORDERED
Judge Susan Illston

(NO. C 05-04292 SI)
FIRMWIDE:81025901.1 009001.1300

2.