| | |
|---|---|
| 1 | GREGORY S. REDMOND, ESQ. Bar No. 158135 |
| 2 | 430 Railroad Avenue<br>Pittsburg, CA 94565 |
| 3 | Telephone: 925.427.9023<br>Facsimile: 925.427.3020 |
| 4 | Attorneys for Plaintiff |
| 5 | GRETA ANDERSON |
| 6 | KENNETH R. O'BRIEN, Bar No. 072128 |
| 7 | LITTLER MENDELSON<br>A Professional Corporation |
| 8 | 2520 Venture Oaks Way<br>Suite 390 |
| 9 | Sacramento, CA 95833.4227<br>Telephone: 916.830.7200 |
| 10 | Facsimile: 916.561.0828<br>E-mail: kobrien@littler.com |
| 11 | Attorneys for Defendant |
| 12 | AMERICAN AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON, | Case No. C 05-04292 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE OF THE ADR - EARLY NEUTRAL EVALUATION** |
| v. | |
| AMERICAN AIRLINES, INC.,, | |
| Defendant. | |

Pursuant to the provisions of Civil L.R. 16.8(c), the parties hereby stipulate to extend the time for the ADR – Early Neutral Evaluation telephone conference to the end of July 2006. Good cause existing for Early Neutral Evaluation extension because the Court only recently issued its order on Defendant's Motion to Dismiss.

Respectfully submitted,

Dated: May ____, 2006

/s/
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

(NO. C 05-04292 SI)
FIRMWIDE:81044820.1 009001.1300

1  Dated: May _____, 2006

3                                      /s/_____
4                                      KENNETH R. O'BRIEN
                                       LITTLER MENDELSON
                                       A Professional Corporation
5                                      Attorneys for Defendant
                                       AMERICAN AIRLINES, INC.

## [PROPOSED] ORDER

10   Good cause being shown, it is so Ordered.

11   Dated: _____            _____
                                          SUSAN ILLSTON

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

(NO. C 05-04292 SI)                    2.
FIRMWIDE:80875329.1 009001.1300