

**GREGORY S. REDMOND, ESQ.** (SBN158135)
430 RAILROAD AVENUE
PITTSBURG, CA 94565
TELEPHONE: 925.427.9023
FACSIMILE: 925.427.3020

ATTORNEY FOR PLAINTIFF
GRETA ANDERSON

**KENNETH R. O'BRIEN, ESQ.** (SBN072128)
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 VENTURE OAKS WAY
SUITE 390
SACRAMENTO, CA 95833
TELEPHONE: 916.830.7200
FACSIMILE: 916.561.0828
E-MAIL: KOBRIEN@LITTLER.COM

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA ANDERSON, <br><br> PLAINTIFF, <br><br> V. <br><br> AMERICAN AIRLINES, INC., <br><br> DEFENDANT. | ) CASE NO: C05-04292 SI <br> ) <br> ) **STIPULATION AND REQUEST TO** <br> ) **CONTINUE CASE MANAGEMENT** <br> ) **CONFERENCE AND RELATED** <br> ) **FILING AND OTHER DATES** <br> ) <br> ) Date: May 26, 2006 <br> ) Time: 2:00 p.m. <br> ) Ctrm: 10 (19th Floor) <br> ) Judge: Susan Illston <br> ) |

On March 17, 2006, Defendant, American Airlines, Inc.'s Motion to Dismiss, came regularly before the Court for oral argument. At the time of hearing on the Motion, counsel asked whether the then pending schedule for the filing of a Case Management Statement and the date for the Case Management Conference could be continued to a future date by which it was hoped that the Court would have ruled on Defendant's motion. The Court agreed, and continued the Case management Conference to April 14, 2006 with the Case Management Conference Statement due a week in advance of the

1

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED
FILING AND OTHER DATES
ANDERSON V. AMERICAN AIRLINES, INC.
CASE NO. C05-04292 SI




Case Management Conference.

On April 5, 2006, the Court having not yet ruled on Defendant, American Airlines' Motion, the Parties filed a Stipulation and Request to Continue Case Management Conference and Related Filing and Other Dates. On April 10, 2006, the Court granted the Stipulation and Order and continued the Case Management Conference to May 26, 2006, the Friday before Memorial Day weekend, at 2:00 p.m.

The Parties have conferred and each side wishes to continue to the Case Management Conference to Friday, June 2, 2006, at 2:00 p.m. or as soon thereafter due to the date falling on the Friday before the holiday weekend. The Parties further request a like continuance of the other related filing dates.

Dated: May 5, 2006          //s//_____
                            Gregory S. Redmond, Esq.

                            Attorney for Plaintiff

                            GRETA ANDERSON


Dated: May 5, 2006          //s//_____

                            KENNETH R. O'BRIEN

                            LITTLER MENDELSON

                            A Professional Corporation

                            Attorneys for Defendant

                            AMERICAN AIRLINES, INC.

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED FILING AND OTHER DATES
ANDERSON V. AMERICAN AIRLINES, INC.
CASE NO. C05-04292 SI

 

1
2
## **ORDER**
3
4 Good cause appearing, the Case Management Conference scheduled for May 26,
5 2006, is continued until _6/2/06 @ 2:00 p.m._____. All other dates are moved
6 accordingly.
7
8 Date:_____       _Susan Illston_____
9                              JUDGE SUSAN ILLSTON
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED FILING AND OTHER DATES
ANDERSON V. AMERICAN AIRLINES, INC.
CASE NO. C05-04292 SI