| | |
|---|---|
| 1 | **GREGORY S. REDMOND, ESQ.** **(SBN158135)** |
| 2 | 430 RAILROAD AVENUE<br>PITTSBURG, CA 94565 |
| | TELEPHONE: 925.427.9023 |
| 3 | FACSIMILE: 925.427.3020 |
| 4 | ATTORNEY FOR PLAINTIFF<br>GRETA ANDERSON |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRETA ANDERSON, | ) | CASE NO: C05-04292 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE: CONTINUANCE** |
| | ) | **ADR COMPLETION DATE** |
| v. | ) | |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The parties have agreed to submit this case to Early Neutral Evaluation. The Court appointed George Harris, Esq. as the neutral evaluator and set an ADR completion date of July 31, 2006.

The parties have conferred and agree that, in the interest of efficient administration of the case, each party would like a 60-90 day continuance of the ADR completion date so that the parties can continue to conduct meaningful discovery including Plaintiff's depositions of Randy Hoffman and Michael Lambert and Defendant's deposition of Greta Anderson.

Dated: July 17, 2006    _____

GREGORY S. REDMOND, ESQ.

Attorney for Plaintiff

GRETA ANDERSON

Dated: July __, 2006    _____

KENNETH R. O'BRIEN, ESQ.

Attorney for Defendant

AMERICAN AIRLINES

_____

## ORDER

Good cause appearing, the Court grants the parties' request to continue the ADR completion date. The parties shall complete the ADR by September 29, 2006 _____.

Date: July __, 2006            _____
                                            Judge Susan Illston

---

3

STIPULATION RE: CONTINUANCE OF ADR COMPLETION DATE AND ORDER
ANDERSON V. AMERICAN AIRLINES, INC.
CASE NO. C05-04292 SI