| | |
|---|---|
| 1 | GREGORY S. REDMOND, ESQ. Bar No. 158135 |
| 2 | 430 Railroad Avenue<br>Pittsburg, CA 94565 |
| 3 | Telephone: 925.427.9023<br>Facsimile: 925.427.3020 |
| 4 | Attorneys for Plaintiff |
| 5 | GRETA ANDERSON |
| 6 | KENNETH R. O'BRIEN, Bar No. 072128 |
| 7 | LITTLER MENDELSON<br>A Professional Corporation |
| 8 | 2520 Venture Oaks Way<br>Suite 390 |
| 9 | Sacramento, CA 95833.4227<br>Telephone: 916.830.7200 |
| 10 | Facsimile: 916.561.0828<br>E-mail: kobrien@littler.com |
| 11 | Attorneys for Defendant |
| 12 | AMERICAN AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON, | Case No. C 05-04292 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT AND DEFENDANT AMERICAN AIRLINES' RESPONSE THERETO** |
| v. | |
| AMERICAN AIRLINES, INC.,, | |
| Defendant. | |

The parties have previously stipulated that Plaintiff may file a First Amended Complaint, which the court approved by Order entered on July 20, 2006 (docket # 36.) The parties wish to avoid any unnecessary expense and effort in connection with formally filing, serving and responding thereto and have therefore stipulated as follows:

1. The parties agree that the First Amended Complaint has been filed with the Court;

2. The parties agree that the First Amended Complaint has been served on Defendant American Airlines through its counsel;

(NO. C 05-04292 SI)
FIRMWIDE:81362453.1 009001.1300

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

3. The parties agree that American Airlines need not file a new answer to the First Amended Complaint, and that its answer to Plaintiff's original complaint (docket # 27) shall suffice as the responsive pleading to the First Amended Complaint.

WHEREFORE, the parties hereby jointly request the court to approve said Stipulation and enter an Order accordingly.

Dated: August ____, 2006

Respectfully submitted,

/s/
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

Dated: August _____, 2006

/s/
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

### [PROPOSED] ORDER

Good cause being shown, it is so Ordered.

Dated: _____                    _____
                                              SUSAN ILLSTON

(NO. C 05-04292 SI)                    2.
FIRMWIDE:81362453.1 009001.1300

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200