IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES,<br><br>    Defendant.    / | No. C 05-04292 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 1, 2006 at  2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 8, 2007.

DESIGNATION OF EXPERTS: 6/22/07; REBUTTAL: 7/2/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 31, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by August 17, 2007;

    Opp. Due August 31, 2007;  Reply Due September 7, 2007;

    and set for hearing no later than September 21, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October  30, 2007 at 3:30 PM.

JURY TRIAL DATE: November 13, 2007  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The ENE session should be completed by November 27, 2007.
Dr. Brown's report shall be produced under a protective order.  Mr. Redmond is ordered to not produce this report to his client without leave of the Court.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/6/06

_Susan Illston_
SUSAN ILLSTON
United States District Judge