**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA ANDERSON, | No. C 05-04292 SI |
| Plaintiff, | **ORDER AUTHORIZING DISCLOSURE OF DR. BROWN'S REPORT TO PLAINTIFF** |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

The Court has carefully reviewed the document entitled "Comprehensive Forensic Psychiatric Examination Report: Greta Louise Anderson, Flight Attendant, American Airlines," issued by Dr. Robert S. Brown on March 22, 2004. The Court hereby ORDERS that plaintiff's counsel may produce Dr. Brown's report to plaintiff.

**IT IS SO ORDERED.**

Dated: November 9, 2006

SUSAN ILLSTON
United States District Judge