IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA ANDERSON, | No. C 05-04292 SI |
| Plaintiff, | **ORDER RE: DEPOSITIONS** |
| v. | |
| AMERICAN AIRLINES, | |
| Defendant. | |

Plaintiff Greta Anderson has submitted a letter brief requesting leave to take more than ten depositions, the number permitted by Federal Rule of Civil Procedure 30(a)(2)(A). Defendant opposes her request. The parties have also filed letter briefs contesting whether plaintiff should be permitted to depose defendant's in-house counsel, Vincent Carter. Having considered the arguments of the parties, and for good cause shown, the Court rules as follows. Plaintiff may take fifteen depositions. After completing fifteen, plaintiff may seek leave to take more should they be necessary. Plaintiff may depose Mr. Carter, but only after deposing Dr. Brown and thereafter meeting and conferring with defense counsel to determine whether Mr. Carter's deposition continues to be necessary.

**IT IS SO ORDERED.**

Dated: April 23 , 2007

SUSAN ILLSTON
United States District Judge