GREGORY S. REDMOND, ESQ. Bar No. 158135
430 Railroad Avenue
Pittsburg, CA 94565
Telephone:    925.427.9023
Facsimile:     925.427.3020

Attorneys for Plaintiff
GRETA ANDERSON


KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200
Facsimile:     916.561.0828
E-mail: kobrien@littler.com


Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRETA L. ANDERSON,<br><br>             Plaintiff,<br><br>   v.<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>             Defendant. | Case No.  C 05-04292 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF DR. ROBERT S. BROWN, SR.** |

The parties herein advised the Court at the Case Management Conference conducted on June 8, 2007, that Dr. Robert S. Brown, Sr. has previously filed a motion to quash a deposition subpoena with production of records.  The parties further advised the Court that the Honorable B. Waugh Crigler, U.S. Magistrate Judge in and for the Western District of Virginia, Charlottesville Division, Case number 3:07MC00008, issued an order on May 31, 2007 staying disposition of Dr. Brown's motion to quash pending the June 8, 2007 Case Management Conference.

The parties believe that good cause exists for obtaining the records of Dr. Brown related to Plaintiff and further believe that good cause exists for deposing Dr. Brown as to the substance, content, and basis of reports authored by Dr. Brown, including but not limited to any records relating to Plaintiff, any tests administered to Plaintiff and any opinions, reports, recommendations or conclusions made or rendered.

WHEREFORE, the parties hereby jointly request the court to approve said Stipulation and enter an Order accordingly.

Dated: June 11, 2007

Respectfully submitted,

/s/
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

Dated:   June 11, 2007

/s/
KENNETH R. O'BRIEN
LITTLER MENDELSON
Attorneys for Defendant
AMERICAN AIRLINES, INC.

## [PROPOSED ORDER]

GOOD CAUSE BEING SHOWN, IT IS SO ORDERED:

The Court concludes that the parties herein should be allowed to fully depose Dr. Robert S. Brown, Sr. concerning his examination of Plaintiff, his records, files and opinions as they are relevant to the issues raised in the pending lawsuit.

Dated: _____

_____
JUDGE SUSAN ILLSTON

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:82596935.1 009001.1300        2.        (No. C 05-04292 SI)

STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF DR. ROBERT BROWN