1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   GRETA ANDERSON,                           No. C 05-04292 SI

9          Plaintiff,                  **ORDER AMENDING THE SCHEDULING ORDER**

10   v.

11   AMERICAN AIRLINES, INC.,

12          Defendant.
                                        /
13

14

15

16          The parties have brought to the Court's attention a dispute over whether fact discovery has

17   closed and whether plaintiff may depose five fact witnesses.  The Court believes that Dr. Brown's

18   maneuvering is the primary cause of the discovery delays in this case.  Defendant has acknowledged

19   that Dr. Brown's deposition must precede the depositions of other witnesses and that the parties had

20   agreed to depose other fact witnesses following Dr. Brown's deposition.  *See* Joint Stipulation to Amend

21   Scheduling Order.  For this reason, the Court amends the July 11, 2007 Scheduling Order as follows.

22   Fact discovery will close on December 14, 2007.  All depositions of fact witnesses must be taken prior

23   to that date.  Dispositive motions must be filed by January 4, 2008, with oppositions due January 18,

24   2008, and replies due January 25, 2008.  The hearing on dispositive motions will take place on February

25   1, 2008.  Pretrial filings are due on February 12, 2008.  The pretrial hearing date of February 19, 2008,

26   and trial date of March 3, 2008, are not disturbed.  In addition, the Court notes that the deadline for

27   disclosure

28

**United States District Court**
For the Northern District of California

1   of expert witnesses has passed; the parties may no longer disclose any new expert witnesses.

2

3       **IT IS SO ORDERED.**

4

5   Dated: November 15, 2007

                                            SUSAN ILLSTON
6                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2