United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA ANDERSON, | No. C 05-04292 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

Defendant American Airlines moves for judgment on the pleadings as to plaintiff Greta Anderson's third claim for relief. The motion is scheduled for hearing on February 1, 2008. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing. Having considered the arguments of the parties and the papers submitted, and for good cause shown, the Court hereby GRANTS defendant's motion for judgment on the pleadings.

Plaintiff's third claim for relief alleges that defendant violated the Bane Civil Rights Act, Cal. Civ. Code § 52.1, when defendant directed plaintiff to cease contacting Dr. Robert S. Brown. Dr. Brown had conducted a psychiatric evaluation of plaintiff, and plaintiff had sought to obtain Dr. Brown's reports and findings from the evaluation. In order for speech to violate the Act, the speech must threaten violence against a specific person and that person must be put in reasonable fear that the threatened violence will be committed. *See* Cal. Civ. Code § 52.1(j). Defendant argues that there could not have been a violation of § 52.1 because plaintiff's complaint does not allege that defendant threatened any violence against plaintiff. Plaintiff concedes this point, and has filed a statement of non-opposition to defendant's motion. *See* Plaintiff's Statement of Non-Opposition to Motion for Judgment

on the Pleadings, Docket No. 69. In light of plaintiff's non-opposition, and because defendant's argument appears sound, the Court GRANTS defendant's motion for judgment on the pleadings as to plaintiff's

third claim for relief [Docket No. 68].

**IT IS SO ORDERED.**

Dated: January 28, 2008

SUSAN ILLSTON
United States District Judge