1  KENNETH R. O'BRIEN, Bar No. 072128
   LITTLER MENDELSON
2  A Professional Corporation
   2520 Venture Oaks Way
3  Suite 390
   Sacramento, CA  95833.4227
4  Telephone:    916.830.7200
   Facsimile:     916.561.0828
5  E-mail: kobrien@littler.com

6  Attorneys for Defendant
   AMERICAN AIRLINES, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | GRETA L. ANDERSON,              | Case No.  C 05-04292 SI
11 |         Plaintiff,              | **JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES FOR PRETRIAL CONFERENCE FILINGS AND CHANGING DATE OF FINAL PRETRIAL CONFERENCE**
12 |    v.                           |
13 | AMERICAN AIRLINES, INC.,        |
14 |         Defendant.              | Scheduled Pretrial Conference: March 11, 2008
                                       Time:        3:30 p.m.
15                                     Judge:       Hon. Susan Illston
                                       Dept.:       Courtroom 10, 19th Floor
16
                                       Trial Date:  March 17, 2008
17                                     Time:        8:30 a.m.

18

19         The parties hereby submit the following request jointly:

20         As the Court is aware, the parties engaged recently in mediation which did not result
21 in settlement.  The last formal session of the mediation was conducted on February 26, but further
22 telephone discussions have continued.  The parties also have been working extremely diligently to
23 comply with the existing order of the Court to have their final pretrial filings ready to file today,
24 March 7, 2008 for the final pretrial conference on March 11, 2008.  Counsel for both parties have
25 been engaged in nearly around the clock work to finalize their papers but find it difficult to do so.
26 Counsel have conferred and believe that the interests of justice and judicial economy would be better
27 served if they have a short additional amount of time to confer and finalize their pretrial conference
28 filings and reply or opposition papers.  Counsel for plaintiff has conferred with the Court's personnel

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

FIRMWIDE:84522240.1 009001.1300                                              (No.  C 05-04292 SI)
JOINT STIP & REQUEST TO EXTEND DEADLINES FOR PRETRIAL CONF FILINGS & CHANGING DATE OF FINAL PRETRIAL CONF

1  who have suggested that, if the parties wish to make such a request, it should be through a stipulation
2  and request.
3        Accordingly, the parties through counsel do hereby request that the Court modify the
4  existing pretrial scheduling order as follows:

5      1. Pretrial filings are due Monday March 10, 2008 and the parties shall exchange
6         motions in limine not later than 9:00 a.m. Monday, March 10, 2008.
7      2. Oppositions to motions in limine to be filed by noon on Wednesday March 12,
8         2008
9      3. The pretrial conference shall now be held on March 13, 2008 at 3:30 p.m.

11        Respectfully submitted,

13  Dated: March 7, 2008

14  /s/
15  GREGORY S. REDMOND, ESQ.
    Attorneys for Plaintiff
16  GRETA ANDERSON

17  Dated: March 7, 2008

19  /s/
20  KENNETH R. O'BRIEN
    LITTLER MENDELSON
21  A Professional Corporation
    Attorneys for Defendant
22  AMERICAN AIRLINES, INC.

23  **ORDER**

24      IT IS HEREBY ORDERED:

25  *[signature: Susan Illston]*
26  Dated: _____
    Hon. Susan Illston, U.S. District Judge

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

(NO. C 05-04292 SI)    2.    (No. C 05-04292 SI)
FIRMWIDE:84522240.1 009001.1300

JOINT STIP & REQUEST TO EXTEND DEADLINES FOR PRETRIAL CONF FILINGS & CHANGING DATE OF FINAL PRETRIAL CONF