**GREGORY S. REDMOND, ESQ. (SBN 158135)**
430 Railroad Avenue
Pittsburg, CA 94565
Telephone: 925.427.9023
Facsimile: 925.427.3020

Attorney for Plaintiff
GRETA ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Case No. C 05-04292 SI<br><br>**ORDER RE: PLAINTIFF'S MOTION IN LIMINE FOR PERMISSION TO ALLOW ELMO PROJECTOR INTO FEDERAL COURTHOUSE** |

Plaintiff filed a Motion in Limine Re: Permission to Allow Elmo Projector Into Federal Courthouse. Defendant did not oppose the Motion.

Having considered Plaintiff's request and good cause appearing, the Court hereby grants Plaintiff's counsel permission to allow an Elmo projector into the federal courthouse.

IT IS SO ORDERED.

Dated: July 2, 2008

_____
Judge Susan Illston

ORDER RE: PERMISSION TO ALLOW
ELMO INTO FEDERAL COURTHOUSE
CASE NO. C 05-04292 SI