IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRETA L. ANDERSON,                                                         No. C 05-4292 SI

        Plaintiff,                                                                  **SPECIAL VERDICT**

  v.

AMERICAN AIRLINES, INC.,

        Defendant.
                                             /

We, the jury in the above entitled action, unanimously find the following on the questions submitted to us for determination:

**Question No. 1**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines was an employer?

        Yes _____       No _____

If your answer to Question No. 1 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 2**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that Greta Anderson was an employee of American Airlines?

        Yes _____       No _____

If your answer to Question No. 2 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 3**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that

American Airlines mistakenly thought Greta Anderson had a mental disability that limited a major life activity?

Yes _____   No _____

If your answer to Question No. 3 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 4**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that she was able to perform her essential job duties?

Yes _____   No _____

If your answer to Question No. 4 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 5**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines discharged her from employment?

Yes _____   No _____

If your answer to Question No. 5 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 6**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines' mistaken belief that Greta Anderson had a mental disability was a motivating reason for her discharge?

Yes _____   No _____

If your answer to Question No. 6 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 7**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that Greta Anderson was harmed?

        Yes _____   No _____

If your answer to Question No. 7 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 8**:   Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines' decision was a substantial factor in causing Greta Anderson's harm?

        Yes _____   No _____

If your answer to Question No. 8 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question

**Question No. 9**:   What are plaintiff Greta Anderson's damages, calculated in accordance with the instructions and proved by a preponderance of the evidence?

    1.   Non-economic damages (mental and/or emotional pain and suffering:   $_____

    2.   Economic damages (reasonable value of lost earnings):   $_____

Dated: _____

                                _____
                                FOREPERSON