FILED

JUL 1 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRETA L. ANDERSON,

        Plaintiff,

   v.

AMERICAN AIRLINES, INC.,

        Defendant.

                         /

No. C 05-4292 SI

**SPECIAL VERDICT**

We, the jury in the above entitled action, unanimously find the following on the questions submitted to us for determination:

**Question No. 1**:     Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines was an employer?

        Yes   X       No       

If your answer to Question No. 1 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 2**:     Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that Greta Anderson was an employee of American Airlines?

        Yes   X       No       

If your answer to Question No. 2 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 3**:     Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that

American Airlines perceived that Greta Anderson had a mental disability that limited a major life activity?

Yes ___✗___      No _____

If your answer to Question No. 3 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 4**:      Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that she was able to perform her essential job duties?

Yes ___✗___      No _____

If your answer to Question No. 4 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 5**:      Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines discharged her from employment?

Yes ___✗___      No _____

If your answer to Question No. 5 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 6**:      Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines' perception that Greta Anderson had a mental disability was a motivating reason for her discharge?

Yes ___✗___      No _____

If your answer to Question No. 6 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

United States District Court
For the Northern District of California

**Question No. 7**: Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that Greta Anderson was harmed?

Yes __X__ No _____

If your answer to Question No. 7 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question.

**Question No. 8**: Did plaintiff Greta Anderson prove, by a preponderance of the evidence, that American Airlines' decision was a substantial factor in causing Greta Anderson's harm?

Yes __X__ No _____

If your answer to Question No. 8 was "no," please do not answer any further questions; rather, please go to the end of this verdict form, have the foreperson sign and date it and return it to the Court. Otherwise, please answer the next question

**Question No. 9**: What are plaintiff Greta Anderson's damages, calculated in accordance with the instructions and proved by a preponderance of the evidence?

1. Non-economic damages (mental and/or emotional pain and suffering):   $ _1,000,000_

2. Economic damages (reasonable value of lost earnings):   $ _238,333_

Dated: _July 17, 2008_

FOREPERSON _____

3