IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON, | No. C 05-04292 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMERICAN AIRLINES, | |
| Defendant. | |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on July 17, 2008.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED**.

Dated: 7/17/08

SUSAN ILLSTON
United States District Judge