IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDERSON,

        Plaintiff,

  v.

AMERICAN AIRLINES,

        Defendant.
            /

No. C 05-04292 SI

**JUDGMENT**

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding.  The issues having been tried before the Court and special verdict rendered on July 17, 2008.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED**.

Dated: 7/17/08

                                                SUSAN ILLSTON
                                                United States District Judge

**United States District Court**
For the Northern District of California