GREGORY S. REDMOND, ESQ. Bar No. 158135
430 Railroad Avenue
Pittsburg, CA 94565
Telephone: 925.427.9023
Facsimile: 925.427.3020

Attorneys for Plaintiff
GRETA ANDERSON

KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200
Facsimile: 916.561.0828
E-mail: kobrien@littler.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No. C 05-04292 SI<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES AND [PROPOSED] ORDER**<br><br>**[LOCAL RULES 6-2, 54-6]**<br><br>Trial Date: July 7, 2008<br>Time:　　　8:30 a.m. |

　　　　Pursuant to Local Rules 6-2 and 54-6, the parties do hereby stipulate that the time by which Plaintiff must file her motion for attorneys fees pursuant to Rule 54-6 shall be extended to August 15, 2008. Plaintiff requests this additional time in order to gather materials needed for the motion and Defendant joins in the request in order to allow the parties time to meet and confer concerning Plaintiff's motion for attorneys fees before it is filed with the Court as required by Local

FIRMWIDE:85958957.1 009001.1300　　　　　　　　　　　　　　　　　　　　　　　　(No. C 05-04292 SI)

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES AND [PROPOSED] ORDER

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

1  Rule 54-6.  The parties agree that additional time is needed to comply with their meet and confer
2  obligations.
3  Dated: July 24, 2008

5  /s/
   GREGORY S. REDMOND, ESQ.
6  Attorneys for Plaintiff
   GRETA ANDERSON
7  Dated: July 24, 2008

9  /s/
   KENNETH R. O'BRIEN
10 LITTLER MENDELSON
   A Professional Corporation
11 Attorneys for Defendant
   AMERICAN AIRLINES, INC.

13 **ORDER**

14     IT IS HEREBY ORDERED that the time by which Plaintiff must file her Motion for
15 Attorneys Fees pursuant to Local Rule 54-6 is GRANTED.  The new date for filing said Motion is
16 August 15, 2008.
17     DATED this _____ day of _____ 2008.

19 _____
   Susan Illston, Judge
20 United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:85958957.1 009001.1300     2.     (No. C 05-04292 SI)

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES AND [PROPOSED] ORDER