GREGORY S. REDMOND, ESQ. Bar No. 158135
430 Railroad Avenue
Pittsburg, CA 94565
Telephone: 925.427.9023
Facsimile: 925.427.3020

Attorneys for Plaintiff
GRETA ANDERSON

KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200
Facsimile: 916.561.0828
E-mail: kobrien@littler.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GRETA L. ANDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN AIRLINES, INC.,<br><br>        Defendant. | Case No. C 05-04292 SI<br><br>**DEFENDANT'S APPLICATION AND STIPULATION FOR A STAY OF ENFORCEMENT PROCEEDINGS PENDING RULINGS ON DEFENDANT'S MOTION FOR NEW TRIAL AND FOR RENEWED JUDGMENT AS A MATTER OF LAW; AND FOR APPROVAL OF SUPERSEDEAS BOND** |

Defendant American Airlines Inc. ("American" or "Defendant"), by and through its undersigned counsel, moves the Court pursuant to Federal Rule of Civil Procedure 62 and Federal Rule of Appellate Procedure 8, for an Order staying enforcement of the judgment entered in this matter on July 18, 2008, and for approval of the attached supersedeas bond in the amount of $2,200,000. In support of the motion, Defendant states the following:

Case No. C 05-04292 SI

1.      On July 18, 2008, judgment was entered in this matter against Defendant in the amount of $1,238,333.  On July 24, 2008, the parties filed a stipulation, agreeing to extend the time within which Plaintiff must file her motion for attorneys fees, and on the same date, the Court entered an order approving the new date by which Plaintiff must file her motion for attorneys fees.

2.      Defendant intends to file a timely Renewed Motion for Judgment as a Matter of Law and for New Trial.

3.      Defendant has reached an agreement with Plaintiff's counsel regarding the amount of the necessary supersedeas bond.  The attached bond, in the amount of $2,200,000 will, in the estimate of the parties cover the full amount of the judgment as well as additional costs alleged by Plaintiff, including attorneys fees and the interest rate for judgments provided by federal law.

4.      Pursuant to FRCP, Rule 62(b), in its discretion and on such conditions for the security of the adverse party as are proper, the Court may stay the execution of or any proceedings to enforce a judgment pending the disposition of a motion for a new trial or for a motion for judgment in accordance with a motion for a directed verdict.  The parties do hereby stipulate that the Court enter an order staying the execution of or any proceedings to enforce the judgment herein upon the posting of the bond in the form attached hereto.

RESPECTFULLY SUBMITTED this 25th day of July, 2008.

.
Dated:  July 25, 2008


/s/_____
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

Dated:  July 25, 2008


 /s/_____
Kenneth O'Brien
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
American Airlines Inc

Case No.  C 05-04292 SI

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento  CA  95833.4227
916.830.7200

**ORDER STAYING OF ENFORCEMENT PROCEEDINGS AND APPROVING SUPERSEDEAS BOND**

GREGORY S. REDMOND, ESQ. Bar No. 158135
430 Railroad Avenue
Pittsburg, CA 94565
Telephone:    925.427.9023
Facsimile:    925.427.3020

Attorneys for Plaintiff
GRETA ANDERSON


KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
Telephone:    916.830.7200
Facsimile:    916.561.0828
E-mail: kobrien@littler.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRETA L. ANDERSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMERICAN AIRLINES, INC.,<br><br>                    Defendant. | Case No.  C 05-04292 SI<br><br>**ORDER STAYING OF ENFORCEMENT PROCEEDINGS AND APPROVING SUPERSEDEAS BOND** |

       Pursuant to the Defendant's Application For A Stay Of Enforcement Proceedings And For Approval Of Supersedeas Bond,

       IT IS HEREBY ORDERED that any and all proceedings to enforce the judgment in this matter pending final appellate review are hereby stayed.  It if further hereby ordered that the Court approves Defendant's bond in the amount of $2,200,000 (Two million two hundred thousand and no/100ths dollars.)

1

2      DATED this _____ day of _____ 2008.

3

4                       _____

5                       Susan Illston, Judge
United States District Judge

6

7

Firmwide:85929373.1 009001.1300

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento  CA  95833.4227
916.830.7200

2.                  Case No.  C 05-04292 SI

ORDER STAYING OF ENFORCEMENT PROCEEDINGS AND APPROVING SUPERSEDEAS BOND

## Appeal Bond

**Travelers Casualty and Surety Company of America**
One Tower Square 3PB, Hartford, CT 06183

| | |
|---|---|
| GRETA L. ANDERSON | Bond No.  105100265 |
| Plaintiff(s) | |
| -against- | Index or |
| | Cause No.  C 05-04292 SI |
| AMERICAN AIRLINES, INC. | |
| Defendant(s) | |

KNOW ALL MEN BY THESE PRESENTS, that we _____ AMERICAN AIRLINES, INC. _____, as Principal, and **Travelers Casualty and Surety Company of America**, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of __CA__, as Surety, are held and firmly bound unto _____ GRETA L. ANDERSON _____, as Obligee, in the maximum penal sum of _____ Two Million Two Hundred Thousand and 00/100 Dollars ($ 2,200,000.00     ), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION _____ from a judgment entered on the __18th__ day of ___July___, __2008__.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full, force and effect.

IN NO EVENT, however, shall the surety's obligation under this bond exceed the maximum aggregate sum of _____ Two Million Two Hundred Thousand and 00/100 Dollars ($ 2,200,000.00     )

SIGNED, SEALED AND DATED this __25th__ day of ___July___, __2008__.

AMERICAN AIRLINES, INC.

By: _____

**Travelers Casualty and Surety Company of America**

By: _____
Lisa A. Ward, Attorney-in-Fact

S-5347 (12-99)

**Aon Risk Services Southwest, Inc. d/b/a Aon Risk Insurance Services Southwest, Inc**
**CA LICENSE #0559715**

State of _Texas_ §

County of _Tarrant_ §

On this _28th_ day of _July_ , _2008_ , before me personally appeared _Kenneth W. Wimberly_ , to me personally known, who being by me duly sworn did say that he/she is the _Corporate Secretary_ , of _American Airlines Inc_ and that the seal affixed to said instrument is the corporate seal of said Corporation, and that the instrument was signed and sealed on behalf of the Corporation and that he/she acknowledged the instrument to be the free act and deed of the Corporation.

Given under my hand and seal of office this _28th_ day of _July_ , _2008_.



PATSY A. GENTRY
Notary Public, State of Texas
My Commission Expires 10-21-08

_Patsy A. Gentry_
Notary Public in and for
The State of _Texas_
My Commission expires _10-21-08_

State of Texas §

County of Harris §

Before me, the undersigned authority, on this day personally appeared <u>Lisa A. Ward</u> , known to me to be the person whose name is subscribed to the foregoing instrument as Attorney-in-Fact of <u>Travelers Casualty and Surety Company of America</u> and acknowledged to me that he/she executed the same for purposes and consideration therein expressed, and in the capacity therein stated.

Given under my hand and seal of office this <u>25th</u> day of <u>July, 2008</u>.

SEAL

_Margaret S Buboltz_
Notary Public in and for
The State of TEXAS



MARGARET S BUBOLTZ
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 27, 2011

Margaret S. Buboltz
My Commission expires: <u>09/27/2011</u>

# POWER OF ATTORNEY



| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No.  219989

Certificate No. 002375101

**KNOW ALL MEN BY THESE PRESENTS**: That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

William N. Burke, Michael J. Herrod, Wendy W. Stuckey, Lupe Tyler, Margaret Buboltz, Lisa A. Ward, James Nicholas, U. Theresa Gardner, Kathleen M. Meeks, and Nancy Thomas

of the City of _____Houston_____, State of _____Texas_____, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this _____13th_____ day of _____May_____, 2008.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson_
George W. Thompson, Senior Vice President

On this the ___13th___ day of ___May___, 2008, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault_
Marie C. Tetreault, Notary Public

58440-5-07 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kori M. Johanson, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _25th_ day of _July_, 20 _08_.

Kori M. Johanson, Assistant Secretary

         

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER