| | |
|---|---|
| 1 | GREGORY S. REDMOND, ESQ. Bar No. 158135 |
| 2 | 430 Railroad Avenue<br>Pittsburg, CA 94565 |
| 3 | Telephone: 925.427.9023<br>Facsimile: 925.427.3020 |
| 4 | Attorneys for Plaintiff |
| 5 | GRETA ANDERSON |
| 6 | KENNETH R. O'BRIEN, Bar No. 072128 |
| 7 | LITTLER MENDELSON<br>A Professional Corporation |
| 8 | 2520 Venture Oaks Way, Suite 390<br>Sacramento, CA 95833.4227 |
| 9 | Telephone: 916.830.7200<br>Facsimile: 916.561.0828 |
|   | E-mail: kobrien@littler.com |

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON, | Case No. C 05-04292 SI |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE OBJECTIONS TO PLAINTIFF'S BILL OF COSTS AND [PROPOSED] ORDER** |
| v. | |
| AMERICAN AIRLINES, INC., | **[LOCAL RULES 6-2, 54-2]** |
| Defendant. | |
| | Trial Date: July 7, 2008<br>Time: 8:30 a.m. |

Pursuant to Local Rules 6-2 and 54-2(a), the parties do hereby stipulate that the time by which Defendant American Airlines, Inc. must file any objections to Plaintiff's Bill of Costs pursuant to Local Rule 54-2(a) shall be extended one week to August 15, 2008. Good cause exists for said extension for the reasons set forth hereafter.

Plaintiff Greta L. Anderson filed through her counsel a Bill of Costs on July 25, 2008. Pursuant to Local Rule 54, Defendant's objections, if any, to the items set forth in the Bill of Costs

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:86036606.1 009001.1300

(No. C 05-04292 SI)

STIPULATION TO EXTEND TIME FOR DEF'S TO FILE OBJECTIONS TO PLTF'S BILL OF COSTS AND [PROPOSED] ORDER

must be filed by August 8, 2008.  However, the parties must meet and confer over any possible objections to any item in the Bill of Costs before objections may be filed.  Local Rule 54-2(b).  The parties have already stipulated, and the Court has ordered, that the time by which Plaintiff must file her motion for attorneys fees be extended to August 15, 2008.  This stipulation requests that the Court extend the date for Defendant to file any objections to the Bill of Costs to the same date of August 15, 2008 to give the parties additional time to comply with their meet and confer obligations.

Wherefore, the parties respectfully request the Court to extend the date by which Defendant must file any objections to Plaintiff's Bill of Costs to August 15, 2008.

Dated: July 29, 2008

/s/
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

Dated: July 29, 2008

/s/
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

**ORDER**

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the time by which Defendant must file there Objections to Plaintiff's Bill of Costs pursuant to Local Rule 54-2 is GRANTED.  The new date for filing said Objections is August 15, 2008.

DATED this _____ day of _____ 2008.

_____
Susan Illston, Judge
United States District Judge