| | |
|---|---|
| 1 | GREGORY S. REDMOND, ESQ. Bar No. 158135 |
| 2 | 430 Railroad Avenue<br>Pittsburg, CA 94565 |
| 3 | Telephone: 925.427.9023<br>Facsimile: 925.427.3020 |
| 4 | Attorneys for Plaintiff |
| 5 | GRETA ANDERSON |
| 6 | KENNETH R. O'BRIEN, Bar No. 072128 |
| 7 | LITTLER MENDELSON<br>A Professional Corporation |
| 8 | 2520 Venture Oaks Way, Suite 390<br>Sacramento, CA 95833.4227 |
| 9 | Telephone: 916.830.7200<br>Facsimile: 916.561.0828 |
| 10 | E-mail: kobrien@littler.com |
| 11 | Attorneys for Defendant<br>AMERICAN AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA L. ANDERSON, | Case No. C 05-04292 SI |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES; SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE OBJECTIONS TO PLAINTIFF'S BILL OF COSTS; AND [PROPOSED] ORDER**<br><br>**[LOCAL RULES 6-2, 54-6]**<br><br>Trial Date: July 7, 2008<br>Time: 8:30 a.m. |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

Pursuant to Local Rules 6-2 and 54-6, the parties do hereby stipulate that the time by which Plaintiff must file her motion for attorneys fees pursuant to Rule 54-6 shall be extended to August 29, 2008. Plaintiff requests this additional time in order to gather materials needed for the motion and Defendant joins in the request in order to allow the parties time to meet and confer

FIRMWIDE:86171226.1 009001.1300 (No. C 05-04292 SI)

SECOND STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES AND [PROPOSED] ORDER

concerning Plaintiff's motion for attorneys fees before it is filed with the Court as required by Local Rule 54-6. The parties agree that additional time is needed to comply with their meet and confer obligations. One previous stipulation extending the time for Plaintiff to file her motion for attorneys fees to August 15, 2008 has been made between the parties and approved by the Court.

In addition, and Pursuant to Local Rules 6-2 and 54-2(a), the parties do hereby stipulate that the time by which Defendant American Airlines, Inc. must file any objections to Plaintiff's Bill of Costs pursuant to Local Rule 54-2(a) shall also be extended to August 29, 2008. One previous stipulation extending the time by which Defendant must file objections to Plaintiff's Bill of Costs to August 15, 2008 has been made between the parties and approved by the Court. This second stipulation requests that the Court extend the date for Defendant to file any objections to the Bill of Costs to the same date of August 29, 2008 to give the parties additional time to comply with their meet and confer obligations.

Wherefore, the parties respectfully request the Court to extend the date by which Plaintiff must file her motion for attorneys fees and by which Defendant must file any objections to Plaintiff's Bill of Costs to August 29, 2008.

Dated: August 11, 2008

/s/
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

Dated: August 11, 2008

/s/
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:86171226.1 009001.1300

2.

(No. C 05-04292 SI)

SECOND STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES AND [PROPOSED] ORDER

**ORDER**

IT IS HEREBY ORDERED that the parties' stipulation for additional time by which Plaintiff must file her Motion for Attorneys Fees and by which Defendant must file any objections to Plaintiff's Bill of Costs is approved. The Court hereby orders that the date for Plaintiff to file any Motion for Attorneys' Fees and for Defendant to file any objections to Plaintiff's Bill of Costs is extended to August 29, 2008.

DATED this _____ day of _____ 2008.

_____
Susan Illston, Judge
United States District Judge

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:86171226.1 009001.1300

3.

(No. C 05-04292 SI)

SECOND STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES AND [PROPOSED] ORDER