1  GREGORY S. REDMOND, ESQ. Bar No. 158135
   430 Railroad Avenue
2  Pittsburg, CA 94565
   Telephone:    925.427.9023
3  Facsimile:    925.427.3020

4  ELLEN LAKE, ESQ., Bar No. 047636
   LAW OFFICES OF ELLEN LAKE
5  4230 Lakeshore Avenue
   Oakland, CA 94610
6  Telephone:    510.272.9393
   Facsimile:    925.272.0408

7

8  Attorneys for Plaintiff
   GRETA ANDERSON

9

10 KENNETH R. O'BRIEN, Bar No. 072128
   LITTLER MENDELSON
11 A Professional Corporation
   2520 Venture Oaks Way, Suite 390
12 Sacramento, CA 95833.4227
   Telephone:    916.830.7200
13 Facsimile:    916.561.0828
   Email:        kobrien@littler.com

14 Attorneys for Defendant
   AMERICAN AIRLINES, INC.

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19 GRETA L. ANDERSON,              Case No. C 05 04292 SI

20            Plaintiff,            **STIPULATION FOR ORDER AND FINAL
                                    AGREED ORDER NOTING
21       v.                         SATISFACTION OF JUDGMENT AND
                                    DISCHARGING LIABILITY ON APPEAL
22 AMERICAN AIRLINES, INC.,         BOND AND JUDGMENT**

23            Defendant.            Judge:  Hon. Susan Illston
                                    Dept.:  Courtroom 10, 19th Floor
24
                                    Date of Judgment: July 18, 2008
25                                  Bond No.:  105100265

26

27

28

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 830 7200

CASE NO. C 05 04292 SI                        1.    STIPULATION FOR ORDER AND FINAL AGREED ORDER NOTING
FIRMWIDE:93338722.1 009001.1300                     SATISFACTION OF JUDGMENT AND DISCHARGING LIABILITY
                                                    ON APPEAL BOND AND JUDGMENT

The Parties hereby make the following stipulation and jointly request this Court to issue a Final Agreed Order Noting Satisfaction of Judgment and Discharging Liability on Appeal Bond and Judgment:

COME NOW American Airlines, Inc. as Principal and Defendant/Appellant and Greta Anderson as Plaintiff/Appellee and move this Honorable Court for entry of an Order discharging, releasing and exonerating Appeal Bond Number 105100265 ("Appeal Bond") posted, at the request of the Principal, in connection with Case Number C-O5-04292-SI by Travelers Casualty and Surety Company of America, as Surety, in the amount of Two Million Two Hundred Thousand and 00/100 United States Dollars ($2,200,000.00) and stipulate that:

1. Judgment was entered herein on July 18, 2008 (Dock. # 199);

2. A timely appeal from said judgment was taken on November 19, 2008 (Dock. # 245.)

3. The Ninth Circuit Court of Appeals issued its Memorandum Decision affirming the judgment on November 6, 2009 (Dock. # 253.)

4. The entirely of the judgment, including all costs, attorneys' fees and all accrued interest has been satisfied in full.

5. A copy of the Satisfaction of Judgment is attached as Exhibit A. Accordingly, the Appeal Bond obligations have been discharged, the Bond is no longer required, and should be released.

6. Plaintiff/Appellee Greta L. Anderson agrees and represents that she does not have any objection and hereby consents and agrees to the entry of an Order by this Court noting satisfaction of the Judgment and Discharging the Appeal Bond and releasing Travelers Casualty and Surety Company and its parents, affiliates and subsidiaries ("Travelers") from any and all liability on the Appeal Bond and the Judgment, including all costs, attorneys' fees and all accrued interest

7. Plaintiff/Appellee Greta L. Anderson agrees and represents that she does not have any objection and hereby consents and agrees to the entry of an Order by the Court noting Satisfaction of the Judgment and Discharging and Releasing American Airlines from any and all liability on the Appeal Bond and the Judgment, costs, attorneys' fees and all accrued interest.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 830 7200

CASE NO. C 05 04292 SI
FIRMWIDE:93338722.1 009001.1300

2.

STIPULATION FOR ORDER AND FINAL AGREED ORDER NOTING SATISFACTION OF JUDGMENT AND DISCHARGING LIABILITY ON APPEAL BOND AND JUDGMENT

WHEREFORE for the foregoing reasons, the parties through their undersigned counsel request this Court to enter an Order fully and unconditionally discharging, releasing and exonerating the Appeal Bond and releasing Travelers and American Airlines from any and all past, present and future liability arising under or in connection with the issuance of the Appeal Bond and Judgment.

Dated: December 22, 2009

Respectfully submitted,

/s/ *(signature)*
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON
430 Railroad Avenue
Pittsburg, CA 94565
Telephone: 925.427.9023
Facsimile: 925.427.3020

Dated: December 21, 2009

Respectfully submitted,

/s/ *(signature)*
ELLEN LAKE, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON
LAW OFFICES OF ELLEN LAKE
4230 Lakeshore Avenue
Oakland, CA 94610
Telephone: 510.272.9393
Facsimile: 925.272.0408

Dated: December 22, 2009

/s/ *(signature)*
Plaintiff GRETA ANDERSON

Dated: December 22, 2009

Respectfully submitted,

/s/ Kenneth R. O'Brien
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant/Appellant
AMERICAN AIRLINES, INC.
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833
Tel: 916.830.7200
Fax: 916.561.0828

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 830 7200

CASE NO. C 05 04292 SI
FIRMWIDE:93338722.1 009001.1300

3.

STIPULATION FOR ORDER AND FINAL AGREED ORDER NOTING SATISFACTION OF JUDGMENT AND DISCHARGING LIABILITY ON APPEAL BOND AND JUDGMENT

1   GOOD CAUSE BEING SHOWN, IT IS ORDERED AND ADJUDGED that the judgment has been fully satisfied, as evidenced by the above Stipulation and the Satisfaction of Judgment filed with the Clerk of the Court, and therefore the Appeal Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and Travelers and American Airlines, Inc. are hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Appeal Bond or the Judgment herein.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is Hereby directed to forthwith release the said Appeal Bond recorded with this Court to Kenneth R. O'Brien, Esq., for immediate return to Travelers.

Dated: _____

_____
Honorable Susan Illston, Judge
United States District Court

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

CASE NO. C 05 04292 SI
FIRMWIDE:93338722.1 009001.1300

4.

STIPULATION FOR ORDER AND FINAL AGREED ORDER NOTING SATISFACTION OF JUDGMENT AND DISCHARGING LIABILITY ON APPEAL BOND AND JUDGMENT

EXHIBIT "A"

1  KENNETH R. O'BRIEN, Bar No. 072128
   LITTLER MENDELSON
2  A Professional Corporation
   2520 Venture Oaks Way, Suite 390
3  Sacramento, CA 95833.4227
   Telephone: 916.830.7200
4  Facsimile: 916.561.0828
   Email: kobrien@littler.com
5
   Attorneys for Defendant
6  AMERICAN AIRLINES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 GRETA L. ANDERSON,                    Case No. C 05 04292 SI

12           Plaintiff,                  **CONSENT TO NOTING SATISFACTION
                                         OF JUDGMENT AND REQUEST TO
13      v.                               CLERK TO SIGN AND ENTER ORDER
                                         ON DOCKET NOTING SATISFACTION
14 AMERICAN AIRLINES, INC.,              OF JUDGMENT**

15           Defendant.                  Judge:   Hon. Susan Illston
                                         Dept.:   Courtroom 10, 19th Floor
16                                       Date of Judgment: July 18, 2008

17

18

19          Whereas, the parties having stipulated that a judgment was entered in the above

20 action on July 18, 2008 in favor of Plaintiff and against Defendant American Airlines, Inc., and said

21 judgment having been affirmed by the Ninth Circuit Court of Appeals, and said judgment along with

22 all accrued interest, attorney fees and costs having been fully paid, and it being further certified that

23 there are no outstanding executions with any Sheriff or Marshal,

24          THEREFORE, Plaintiff and Defendant stipulate that full and complete satisfaction of

25 judgment is hereby acknowledged, and further stipulate and consent, pursuant to Civil Local Rule

26 77-2(b), that the Clerk of the Court is hereby authorized and directed to make an entry in the docket

27 of this court showing the full and complete satisfaction on said judgment.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION FOR NEW TRIAL                          1.                              Case No. C 05 04292 SI
FIRMWIDE:93272303.1 009001.1300

1  Dated: December 22, 2009

/s/
GREGORY S. REDMOND, ESQ.
Attorneys for Plaintiff
GRETA ANDERSON

5  Dated: December 22, 2009

/s/
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION FOR NEW TRIAL                    2.                              Case No. C 05 04292 SI
FIRMWIDE:93272303.1 009001.1300